**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC, *Plaintiff* | : <br> : CIVIL NO. 1:26-cv-9678 <br> : <br> : |
| v. | : |
| BROOKVILLE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANEHIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name for an unknown corporation, and JOHN DOE, a fictitious name for an unknown person, *Defendants*. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

TO:    Geoffrey D. Mueller, Esq.
       Law Offices of Geoffrey D. Mueller, LLC
       366 Kinderkamack Road
       Westwood, New Jersey 07675
       *Attorney for Plaintiff Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC*

PLEASE TAKE NOTICE on September 8, 2026 at 9:00 a.m., or as soon as the Court may hear, defendant Todos Transport Inc. will move for an Order in the proposed form dismissing plaintiff's claims against it with prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendant will rely on its Brief in Support.

                         Respectfully submitted,

                         **WEBER GALLAGHER SIMPSON
                         STAPLETON FIRES & NEWBY LLP**

                         By:  */s/ James A. Wescoe*
                              James A. Wescoe, Esquire
                              Katherine A. Tenzinger, Esquire
                              135 Route 202/206, Suite 2
                              Bedminster, NJ 07921
                              jwescoe@wglaw.com
                              ktenzinger@wglaw.com
                              *Attorneys for defendant, Todos
                              Transportation, Inc.*

Date: August 7, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC, *Plaintiff* | : <br> : CIVIL NO. 1:26-cv-9678 <br> : <br> : |
| v. | : <br> : <br> : |
| BROOKVILLE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANEHIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name for an unknown corporation, and JOHN DOE, a fictitious name for an unknown person, *Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**DEFENDANT TODOS TRANSPORT INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Todos Transport Inc., by and through its attorneys, Weber Gallagher Simpson Stapleton Fires & Newby, LLP, respectfully moves to dismiss all claims asserted against it with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, defendant relies upon the accompanying Brief in Support.

WHEREFORE, defendant Todos Transport Inc. respectfully requests that this Honorable Court dismiss all claims against it with prejudice, together with all such other relief as the Court deems just and appropriate.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP**

By: */s/ James A. Wescoe*

James A. Wescoe, Esquire
Katherine A. Tenzinger, Esquire
135 Route 202/206, Suite 2
Bedminster, NJ 07921
*Attorneys for defendant, Todos*
Date: August 7, 2026                          *Transportation, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I, James A. Wescoe, do hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served on August 7, 2026, via the Court's Electronic Case Filing notice and/or U.S. Mail upon the following:

Geoffrey D. Mueller, Esq.
Law Offices of Geoffrey D. Mueller, LLC
366 Kinderkamack Road
Westwood, New Jersey 07675
*Attorney for Plaintiff Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC*

Brookville Auto Group, Inc.
3 Alpine Court, Suite 144
Chestnut Ridge, NY 10977

Abidek International Inc.
5760 Harrison Avenue
Austell, GA 30106

JP Tower, LLC
703 E. Hamilton Street, Apt. 11
Allentown, PA 18109

Manheim By Cox Automotive
100 US 46
Fairfield, NJ 07004

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP**

By:    */s/ James Wescoe*
          James A. Wescoe, Esquire

2