**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC, | : | CIVIL NO. 1:26-cv-9678 |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| BROOKVILLE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANEHIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name for an unknown corporation, and JOHN DOE, a fictitious name for an unknown person, | : | |
| | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of defendant Todos Transport Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and plaintiff's complaint against Todos Transport Inc. is **DISMISSED WITH PREJUDICE**.

BY THE COURT

_____
J.S.C.

1