# EXHIBIT

# "A"

**LAW OFFICES OF GEOFFREY D. MUELLER, LLC**
Geoffrey D. Mueller, Esq. (Attorney ID No.: 035262006)
366 Kinderkamack Road
Westwood, New Jersey 07675
Phone No.: 201-569-2533
Attorneys for Plaintiff, Kojo Amuzu, Individually, and d/b/a Megatrade Auto Brokers, LLC

|  |  |
|---|---|
| KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>BROOKVILLE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANHEIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name for an unknown corporation, and JOHN DOE, a fictitious name for an unknown person<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY<br><br>DOCKET NO.:<br><br>CIVIL ACTION<br><br><br><br>**VERIFIED COMPLAINT** |

Plaintiff, by his attorney, Law Offices of Geoffrey D. Mueller, LLC, as and for his Verified Complaint against the Defendants herein, respectfully sets forth and alleges the following, upon information and belief:

1.     At all times hereinafter mentioned, Plaintiffs, Kojo Amuzu, individually and doing business as Megatrade Auto Brokers, LLC, a corporation, were qualified to do and regularly conduct business in the State of Georgia, with their principal address and place of business located at 1226 Franklin Gateway SE, Suite 110, Marietta, Georgia 30067

2.     Upon information and belief at all times hereinafter mentioned, Brookville Auto Group, Inc, ("Defendant Brookville") was and still is a corporation qualified to do and regularly

conduct business in the State of New York, with its principal addresses and places of business located at 3 Alpine Ct., Suite 144, Chestnut Ridge, New York 10977 and 265 Sheridan Boulevard, Inwood, New York 11096.

3. Upon information and belief at all times hereinafter mentioned, Defendant, Abidek International, Inc., ("Defendant Abidek") was and still is a corporation qualified to do and regularly conduct business in the State of Georgia, with its principal address and place of business located at 5760 Harrison Avenue, Austell, Georgia 30106.

4. Upon information and belief at all times hereinafter mentioned, Defendant, Todos Transport, Inc., ("Defendant Todos") was and still is a corporation qualified to do and regularly conduct business in the State of Michigan, with its principal address and place of business located at 39284 Buckingham Drive, Romulus, Michigan 48174.

5. Upon information and belief at all times hereinafter mentioned, Defendant, Manheim, by Cox Automotive ("Defendant Manheim"), was and still is a corporation qualified to do and regularly conduct business in multiple states, with principal addresses and places of business located at 100 US 46, Fairfield, New Jersey 07004; 730 NJ-68, Bordentown, New Jersey 08505 and 6205 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

6. Upon information and belief at all times hereinafter mentioned, Defendant, JP Tower, LLC, ("Defendant JP Tower") was and still is a corporation qualified to do and regularly conduct business in the State of Pennsylvania, with its principal address and place of business located at 703 E. Hamilton Street, Apartment 11, Allentown, Pennsylvania 18109.

7. On or about October 8, 2025, Plaintiff purchased a 2025 Lexus GX SUV Premium, VIN Number JTJTBCDX0S5055650 (the "Vehicle"), through Defendant Manheim, which is a used vehicle marketplace, for a purchase price of $82,000.00 (the "Purchase Price"),

8.    Upon information and belief, the seller of the Vehicle, Defendant Brookville, received the Purchase Price which Plaintiff paid by and through Defendant Manheim.

9.    Thereafter, Defendant Manheim provided an allegedly secure gate pass number for the pickup, release and transportation of the Vehicle.

10.    Plaintiff contacted Defendant Abidek to release the car on central dispatch and to arrange the transportation of the Vehicle.

11.    Upon information and belief, Defendant Abidek contacted a transport company, Defendant Todos, to pickup and transport the Vehicle from Defendant Brookville in New York to Plaintiff in Georgia.

12.    Upon information and belief, the allegedly secure gate pass was shared with Defendant JP Tower and a fake bill of lading was generated for a 2023 Lexus LX instead of the purchased 2025 Lexus GX.

13.    Upon information and belief, Defendant JP Tower, unlawfully took possession and control of a vehicle (2023 LX). Plaintiff's purchased Vehicle, the 2025 Lexus GX was never released for transport, nor has it been found.

14.    As of this date, Plaintiff has not received the Vehicle, despite the seller, Defendant Brookville, receiving the Purchase Price from Plaintiff for said Vehicle, and the Purchase Price has not been reimbursed to Plaintiff by Defendant Brookville, or by any of the other Defendants.

15.    Defendants' actions, individually and collectively, represent a clear breach of contract in failing to deliver the Vehicle to Plaintiff as agreed upon, in negligence in safeguarding the Vehicle to ensure its delivery to Plaintiff, and in gross negligence stemming from a blatant disregard for standard automotive industry practices.

16.   The conduct by Defendants, individually and collectively, have not only caused harm and damages to Plaintiff, but also reflects a significant breach of trust within the business relationship and industry standards.

WHEREFORE, by reason of the foregoing, Plaintiff, Kojo Amuzu, individually, and doing business as Megatrade Auto Brokers, LLC, respectfully requests entry of judgment against Defendants, individually and collectively, for its actual damages, punitive damages, attorneys' fees and costs of suit.

**LAW OFFICES OF GEOFFREY D. MUELLER, LLC**
Attorney for Plaintiff, Kojo Amuzu, Individually, and d/b/a
Megatrade Auto Brokers, LLC

By: _____
        GEOFFREY D. MUELLER, ESQ.

Dated:  June 1, 2026


## NOTICE OF DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to the Rules of Court, Geoffrey D. Mueller, Esq. is hereby designated as trial counsel of the within matter.

**LAW OFFICES OF GEOFFREY D. MUELLER, LLC**
Attorney for Plaintiff, Kojo Amuzu, Individually, and d/b/a
Megatrade Auto Brokers, LLC

By: _____
        GEOFFREY D. MUELLER, ESQ.

Dated:  June 1, 2026

## CERTIFICATION

I hereby certify that pursuant to R. 4:5-1:

1.      The within matter in controversy is not the subject of any other action pending in any other court or arbitration;

2.      No other action or arbitration proceeding is contemplated; and

3.      No other necessary party to be joined in the subject litigation is presently known.

I certify that confidential personal identifiers, as defined in R. 1:38-7(a), have been redacted from documents now submitted to the Court and will also be redacted from all documents submitted in the future pursuant to R. 1:38-7(b).

**LAW OFFICES OF GEOFFREY D. MUELLER, LLC**
Attorney for Plaintiff, Kojo Amuzu, Individually, and d/b/a
Megatrade Auto Brokers, LLC

By: GEOFFREY D. MUELLER, ESQ.

Dated: June 1, 2026

## VERIFICATION

Kojo Amuzu affirms as follows:

I am the Plaintiff in the within action.

I have read the foregoing Verified Complaint and know the contents thereof and the same is true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

I affirm on this 31st day of May 2026, under penalty of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true. I understand that this document may be filed in an action or proceeding in a court of law.

Kojo Amuzu

# Civil Case Information Statement

## Case Details: ESSEX | Civil Part Docket# L-005142-26

**Case Caption:** AMUZU KOJO  VS BROOKVILLE AUTO GROU P, INC.

**Case Initiation Date:** 06/26/2026

**Attorney Name:** GEOFFREY D MUELLER

**Firm Name:** GEOFFREY D. MUELLER, LLC

**Address:** 366 KINDERKAMACK RD
WESTWOOD NJ 07675

**Phone:** 2015692533

**Name of Party:** PLAINTIFF : Kojo Amuzu

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint

**Jury Demand:** NONE

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Kojo Amuzu? NO**

**Are sexual abuse claims alleged by: Megatrade Auto Brokers, LLC? NO**

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/26/2026                                                        /s/ GEOFFREY D MUELLER
Dated                                                                     Signed