**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KOZO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**BROOKVILE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANHEIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name of an unknown corporation, and JOHN DOE, a fictitious name for an unknown person**<br><br>**Defendants.** | CIVIL NO: 2:26-cv-09678 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT, ABIDEK INTERNATIONAL, INC. ONLY**

**THIS MATTER** in difference in the above-entitled action has been amicably adjusted by and between parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without prejudice as to Defendant, Abidek International, Inc.

**SO ORDERED**

**/s/ Leo M. Gordon**
**Leo M. Gordon, Judge**
**U.S. Court of International Trade**
**(sitting by designation in the District of New Jersey)**

**Date:** 8/17/26

**THE LAW OFFICES OF GEOFFREY D. MUELLER, LLC**

By: /s/ *Adam James Boyle*
Adam James Boyle, Esq.
Attorney ID No. 03543-2006
366 Kinderkamack Road
Westwood, NJ 07675
aboyle@gdm-law.com
Attorneys for Plaintiffs, Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC

Dated: August 5, 2026