Weber Gallagher

2000 Market Street, Suite 1300
Philadelphia, PA 19103

T(215) 972-7900
F(215) 564-7699

September 15, 2026

**VIA ECF**
The Honorable Leo M. Gordon
Senior United States District Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**RE: Kojo Amuzu et al. v. Todos Transport et al.**
**U.S. District Court for the District of New Jersey**
**Docket No.: 2:26-cv-09678-LMG-AME**
**Our File No.: 0224381**

Dear Judge Gordon:

We represent defendant Todos Transport in the captioned matter. We acknowledge receipt of Your Honor's September 14, 2026 Order [ECF #7], establishing deadlines for plaintiff's response to our Motion to Dismiss, and our Reply thereto.

We also acknowledge your Honor's September 14, 2026 Order scheduling a video status conference for September 17, 2026, at 3:00 p.m.

Based on Your Honor's comments during the September 14, 2026 video status conference with counsel, it is our understanding that the conference scheduled for September 17, 2026 pertains to co-defendant's Motion to Compel Arbitration and Stay the Case, which was filed on August 7, 2027.

Thus, we respectfully seek leave of Court to not appear at the September 17, 2027 conference, since the issues expected to be discussed bear no relevance to our previously filed Motion to Dismiss.

If our misunderstanding of the foregoing is incorrect, we will, of course appear for the conference.

We respectfully await the Court's guidance.

We thank Your Honor for your kind attention to this matter.

Respectfully yours,

*James A Wescoe*

James A. Wescoe

JAW/jaw

cc: All Counsel (via ECF Notice)