**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**BROOKVILE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANHEIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name of an unknown corporation, and JOHN DOE, a fictitious name for an unknown person**<br><br>**Defendants.** | CIVIL NO: 2:26-cv-09678<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT, BROOKVILLE AUTO GROUP, INC., PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

*To the Clerk of the United States District of New Jersey:*

Plaintiff, Kojo Amuzu, hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following Defendant, Brookville Auto Group, Inc., for failure to plead or otherwise defend against this action in a timely manner.

1. As shown by the proof of service (attached as Exhibit A), the above-named Defendant was served on June 30, 2026.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action has expired.

3. The above-named Defendant has failed to plead or otherwise respond to the complaint.

**THE LAW OFFICES OF GEOFFREY D. MUELLER, LLC**

By: */s/ Adam James Boyle*
Adam James Boyle, Esq.
Attorney ID No. 03543-2006
366 Kinderkamack Road
Westwood, NJ 07675
aboyle@gdm-law.com
Attorneys for Plaintiffs, Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC

Dated: September 18, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**BROOKVILE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANHEIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name of an unknown corporation, and JOHN DOE, a fictitious name for an unknown person**<br><br>**Defendants.** | CIVIL NO: 2:26-cv-09678<br><br>**DECLARATION OF PLAINTIFF IN SUPPORT OF APPLICATION FOR ENTERY OF DEFAULT AGAINST DEFENDANT, BROOKVILLE AUTO GROUP, INC., PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**DECLARATION:**

1. I am an attorney-at-law duly licensed to practice before all courts in the State of New Jersey, and am admitted to practice in the United States District Court for the District of New Jersey.

2. I have knowledge of the matters contained herein and they are true and correct of my own personal knowledge, except for those matters stated upon information and belief as to those matters, I believe them to be true and correct. If called and sworn as a witness, I could and would testify competently thereto.

3. Defendant, Brookville Auto Group, Inc., was served on June 30, 2026 as shown by the proof of service attached hereto as Exhibit A, and incorporated herein by reference.

4. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

5. Defendant, Brookville Auto Group, Inc., has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6. Defendant, Brookville Auto Group, Inc., is not a minor or an incompetent person.

7. Defendant, Brookville Auto Group, Inc., is not currently in the military service, and therefore the Servicemembers Civil Relief Act is not applicable.

**THE LAW OFFICES OF GEOFFREY D. MUELLER, LLC**

By: /s/ *Adam James Boyle*

Adam James Boyle, Esq.
Attorney ID No. 03543-2006
366 Kinderkamack Road
Westwood, NJ 07675
aboyle@gdm-law.com
Attorneys for Plaintiffs, Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC

Dated: September 18, 2026

# Exhibit A

SUPERIOR COURT OF NEW JERSEY, COUNTY OF ESSEX

| | |
|---|---|
| KOZO AZUMU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC<br>Plaintiff/Petitioner<br><br>vs.<br>BROOKVILE AUTO GROUP, INC.; et al.<br>Defendant/Respondent | Case No.: ESX-L-005142-26<br><br>AFFIDAVIT OF SERVICE OF<br>Complaint; Summons; Civil Case Information Statement |

Received by Iyanu AKINSUROJU, on the 30th day of June, 2026 at 6:15 PM to be served upon Brookville Auto Group, Inc. at 3 Alpine Court, Chestnut Ridge, Rockland County, NY 10977.
On the 1st day of July, 2026 at 3:25 PM, I, Iyanu AKINSUROJU, SERVED Brookville Auto Group, Inc. at 3 Alpine Court, Chestnut Ridge, Rockland County, NY 10977 in the manner indicated below:

CORPORATE SERVICE, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving Yanky , Last Name Not Provided, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Yanky , Last Name Not Provided who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 25-35 years of age, 5'6"-5'8" tall and weighing 80-120 lbs. he refuse to provide his last name , he his Jewish

Service Fee Total: $79.00

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: [signature] Iyanu AKINSUROJU    N/A Server ID #    07/04/26 Date

Notary Public: Subscribed and sworn before me on this 04 day of 07 in the year of 2026

Personally known to me ____ or ✓ identified by the following document:

Number/Reference: A48823796109992
Type: NJ License
Notary Public for State of: NJ
Commission Expiration: 16/09/2026

JUMOKE OYETUNJI
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires September 16, 2030

Notary Public (Legal Signature)



REF: HC-57248