**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KOJO AMUZU, Individually, and d/b/a MEGATRADE AUTO BROKERS, LLC**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**BROOKVILE AUTO GROUP, INC., ABIDEK INTERNATIONAL, INC., TODOS TRANSPORT INC., JP TOWER LLC, MANHEIM by COX AUTOMOTIVE, ABC CORPORATION, a fictitious name of an unknown corporation, and JOHN DOE, a fictitious name for an unknown person**<br><br>**Defendants.** | CIVIL NO: 2:26-cv-09678 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT, MANHEIM BY COX AUTOMOTIVE, ONLY**

**THIS MATTER** in difference in the above-entitled action has been amicably adjusted by and between parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without prejudice as to Defendant, Manheim by Cox Automotive.

**THE LAW OFFICES OF GEOFFREY D. MUELLER, LLC**

By: */s/ Adam James Boyle*

Adam James Boyle, Esq.
Attorney ID No. 03543-2006
366 Kinderkamack Road
Westwood, NJ 07675
aboyle@gdm-law.com
Attorneys for Plaintiffs, Kojo Amuzu, Individually and d/b/a Megatrade Auto Brokers, LLC

Dated: September 25, 2026

**SO ORDERED**

**/s/ Leo M. Gordon**
**Leo M. Gordon, Judge**
**U.S. Court of International Trade**
**(sitting by designation in the District of New Jersey)**

**Date:** 9/25/26

**BLANK ROME LLP**
*A Pennsylvania LLP*

By: */s/ Michael R. Darbee*
Michael R. Darbee, Esq.
300 Carnegie Center. Suite 220
Princeton, NJ 08540
Michael.Darbee@BlankRome.com
Attorneys for Defendant, Manheim by Cox Automotive

Dated: September 25, 2026