Kojo Amoo, Individually, and d/b/a Megatrade Auto Brokers, LLC — Plaintiff

JP Tower LLC — Defendant

United States District Court for the district ~~Superior Court~~ of New Jersey
Venue
Docket Number: Civil Action No. 2:26-cv-09678

**Person to be served** (Name & Address):
JP Tower LLC
Registered business agent: Juliany Hernandez
Known address: 265 Malcolm Ave, FL 2
Garfield, NJ 07026

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Attorney:**
Law Offices of Geoffrey Mueller

Cost of Service pursuant to R. 4:4-3(c)

$ ________

**Papers Served:** Civil Action 2:26-cv-09678

**Service Data:**

Served Successfully ✓ Not Served ______ Date: 9/28/26 Time: 7:20 PM

Attempts: 2

____ Delivered a copy to him / her personally

✓ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (Indicate name & official title at right)

Name of Person Served and relationship / title:
Nelson Hernandez / brother

**Description of Person Accepting Service:**

Sex: M Age: ~40 Height: ~5'8" Weight: 140 Skin Color: fair Hair Color: blk

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: 9/25/26 Date 4:15 PM Time
________ Date ________ Time
( ) Other: ________ Comments or Remarks ________

**Server Data:**

Subscribed and Sworn to me this 29 day of September 2026

Martina McGee
Notary Signature
Name of Notary / commission expiration

MARTINA L MCGEE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50091960
MY COMMISSION EXPIRES OCTOBER 11, 2028

I, <Name of Server>, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Process Server Date 9/29/26

*<Insert Private Server's name, address and telephone number.>*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-09678

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JP Tower LLC / Registered business agent: Juliany Hernandez

was received by me on *(date)* 9/23/26

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: I personally served Juliany's brother, Nelson, who was willing to accept service on his brother's behalf. Served at Cucco's in River Vale, NJ on 9/28/26 @ ~7:20 PM

My fees are $ 26.80 (40 miles) for travel and $ 150 for services, for a total of $ 176.80 ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 9/29/26

[signature]
*Server's signature*

Nicholas Dispoto / Partner with Foley Investigative Solutions
*Printed name and title*

110 Chestnut Ridge Rd, #409, Montvale, NJ 07645
*Server's address*

Additional information regarding attempted service, etc: