Weber Gallagher

2000 Midlantic Drive #200
Mt. Laurel Township, NJ, 08054

T(856) 667-9111
F(215) 564-7699

October 29, 2026

**VIA ECF**
The Honorable Leo M. Gordon
Senior United States District Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**RE: Kojo Amuzu et al. v. Todos Transport et al.**
**U.S. District Court for the District of New Jersey**
**Docket No.: 2:26-cv-09678-LMG-AME**
**Our File No.: 0224381**

Dear Judge Gordon:

We represent defendant Todos Transport in the captioned matter.

Your Honor has scheduled oral argument on our Motion to Dismiss [ECF #5] for Thursday, November 6, 2026, at 11:30 a.m.

We respectfully request a brief adjournment of the argument, due to undersigned counsel's unavailability on the scheduled date. We have discussed our request with plaintiff's attorney, who has graciously given his consent thereto.

We are available at Your Honor's convenience should the Court require additional information regarding our request.

We thank Your Honor for your kind consideration of the foregoing.

Respectfully yours,

*James A Wescoe*

James A. Wescoe

JAW/jaw

cc: Adam Boyle, Esquire (via ECF Notice)